Submitted October 5, 1981. David N. Rosen, for appellant; Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Order and judgments of sentence affirmed.

448 A.2d 1189

Commonwealth v. Smith, Appellant.

Petition for Allowance of Appeal Denied Nov. 16, 1982.

Submitted February 24, 1982. Ronold John Karasek, for appellant; Donald B. Corriere, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.

448 A.2d 1189

Commonwealth v. Smith, Appellant.

Submitted April 21, 1982. James A. Consoli, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed.

448 A.2d 1189

Commonwealth v. Smith, Appellant.

Petition for Allowance of Appeal Denied Oct. 12, 1982.

Petition for Allowance of Appeal Granted Dec. 3, 1982.

Submitted February 24, 1982. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.

448 A.2d 1190

Commonwealth v. Smoyer, Appellant.